## McDONALD v. STATE.
### No. 24444.

Court of Criminal Appeals of Texas.
Oct. 26, 1949.

None on appeal.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

The offense is the interfering with a police officer in executing a lawful arrest for a misdemeanor; the punishment, a fine of $25.

The record is before us without a statement of facts or bills of exception. Nothing is presented for the consideration of this court.

The judgment of the trial court is affirmed.

Opinion approved by the Court.

## WADE v. STATE.
### No. 24446.

Court of Criminal Appeals of Texas.
Oct. 26, 1949.

None on appeal.

George P. Blackburn, State's Atty., of Austin, for the State.

KRUEGER, Judge.

Appellant was convicted of the offense of selling and possessing for the purpose of sale whiskey without having obtained a license from the Texas Liquor Control Board authorizing him to do so. His punishment was assessed at a fine of $100, and from said judgment he has appealed to this court.

The record in this case is before us without a statement of facts or any bills of exceptions. The complaint and information appear to be in due form. Consequently, there is nothing presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the Court.